## Smith *v.* Smith, Appellant.

Argued June 11, 1973. *Nochem S. Winnet,* with him *Howard R. Flaxman, Murray H. Shusterman,*

and *Fox, Rothschild, O'Brien & Frankel,* for appellant; *Richard E. McDevitt,* with him *Montgomery, McCracken, Walker and Rhoads,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.